UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E.K. WADE,

         Plaintiff,

    v.

WILLIAM H. ALSUP, et al.,

         Defendants.

Case No. 20-mc-80167-EMC

**ORDER DISMISSING CASE**

The instant case is yet another lawsuit filed by Plaintiff that appears to have its genesis in *Wade v. Gilliland*, No. C-10-0425 WHA (N.D. Cal.), and that has included in its ambit judges in this District, Ninth Circuit judges, and USAO attorneys. *See, e.g.*, Nos. 18-80210 JST (N.D. Cal.); 18-80229 JST (N.D. Cal.); 19-80084 JSW (N.D. Cal.); 19-80102-RS (N.D. Cal.); 20-4489 VC (N.D. Cal.).

The Court has reviewed the complaint in the case at bar and finds that it does not state a potentially cognizable claim. Therefore, in accordance with the Order filed on June 24, 2010, in *Wade v. Gilliland*, No. C-10-0425 WHA (N.D. Cal.), the Clerk is directed not to accept the complaint for filing and this action is dismissed.

**IT IS SO ORDERED**.

Dated: October 6, 2020

_____
EDWARD M. CHEN
United States District Judge